THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO MATEO,

           Plaintiff,

   v.

UNITED AIRLINES, INC.,

           Defendant.

Civil Action No. 1:15-cv-05269 (RA)

**TERMINATION OF APPEARANCE**

To:   Clerk's Office
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1506,
New York, New York, 10007

Please terminate the appearance of the undersigned as an attorney for defendant United Airlines, Inc. ("United") in this matter and remove the undersigned as an attorney to be noticed in the CM/ECF system for this matter. Rosemary Bruno J. of the undersigned firm will continue to represent United in this matter.

                          /s/ Elena Chkolnikova
                          Elena Chkolnikova
                          BUCHANAN INGERSOLL & ROONEY PC
                          Incorporated in Pennsylvania
                          550 Broad Street, Suite 810
                          Newark, NJ 07102-4582
                          (973) 273-9800
                          Attorneys for Defendant
                          United Airlines, Inc.

Dated: February 5, 2016

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the accompanying Termination of Appearance, using the CM/ECF system, and served a copy of it via U.S. mail upon:

Fausto E. Zapata, Jr.
The Law Offices of Fausto E. Zapata, Jr., P.C.
277 Broadway, Suite 206
New York, New York 10007
Attorneys for Plaintiff

/s/ Elena Chkolnikova
Elena Chkolnikova

Newark, New Jersey
February 5, 2016